UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:  CASE NO. **20-10013**
 Section "**A**"
**POWE, ELIZABETH ANN**

 CHAPTER 7
DEBTOR(S)

## ORDER APPROVING
## TRUSTEE'S PETITION OF DISCLAIMER AND ABANDONMENT

Let the action by David V. Adler, Trustee as described in his Petition of Disclaimer and Abandonment be and the same is hereby approved; and let a certified copy of such petition and this Order suffice for all evidential and legal purposes including recordation, when appropriate.

New Orleans, Louisiana, February 5, 2020.

*(signature)*
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE